**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **PHILLIP BENJAMIN MCWHORTER** | : | **CASE No.25-12401-BFK** |
| **JENNIFER HONG MCWHORTER** | : | **Chapter 11** |
| | : | |
| **Debtors** | : | |
| | : | |

## MOTION TO CONTINUE STATUS HEARING

Comes now the Debtors, by counsel, and move for a continuance of the status hearing set in this case for January 6, 2026, at 11:00 a.m. (Scheduling Order, Docket Item No. 13), and in support thereof they state as follows:

1. Both the counsel for the Debtor and the Subchapter V Trustee will be out of town and traveling at that time and are unavailable on the date set for the hearing, January 6, 2026.

2. The Debtor's counsel has spoken with both the Subchapter V Trustee and the attorney for the U.S. Trustee assigned to this case, and all parties would be available if the hearing were continued to the Court's next available date for Chapter 11 matters, January 20, 2026 at 11:00 a.m.

---

Richard G. Hall
Counsel for the Debtor
601 King Street, Suite 301
Alexandria, Virginia 22314
VA Bar No. 18076
(703) 256-7159
richard.hall33@verizon.net

    3. Counsel for the Debtor will submit a consent order to the Court through the BOPs system consistent with this request and with the endorsement of the Subchapter V Trustee and the Office of the U.S. Trustee.

    Wherefore the debtor prays that the Status Conference set for January 6, 2026 at 11:00 a.m. be rescheduled to January 20, 2026 at 11:00 a.m.

                                            Phillip Benjamin McWhorter
                                            <u>Jennifer Hong McWhorter</u>
                                            By Counsel

Counsel for the Debtor
601 King Street, Suite 301
Alexandria, Virginia  22003
(703)256-7159 VA Bar No. 18076
richard.hall33@verizon.net

## Certificate of Service

    I hereby certify that on November 24, 2025 a copy of this motion was served on the Subchapter V Trustee and the U.S. Trustee by ECF, and mailed to all other interested parties on the attached Service List.

                                            <u>/s/Richard G. Hall</u>