**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In re:<br><br>PHILIP BENJAMIN MCWHORTER,<br><br>AND<br><br>JENNIFER HONG MCWHORTER,<br><br>Debtors. | Case No. 25-12401-BFK<br>Chapter 11<br>(SUBCHAPTER V) |

## ORDER SETTING CONFIRMATION HEARING

On January 20, 2026, the Court held a Status Conference pursuant to the Court's Scheduling Order. Docket No. 13. At the appointed time for the hearing, Richard Hall, counsel for the Debtors was present in court. Michael Freeman appeared on behalf of the U.S. Trustee's Office, and Angela Shortall appeared as Subchapter V Trustee. Upon the representations of counsel, and finding it appropriate to do so, the Court will set this matter for a confirmation hearing. It is therefore,

**ORDERED:**

1. A confirmation hearing on a proposed Subchapter V plan shall be held on **Tuesday, March 24, 2026, at 1:30 p.m.,** in Courtroom I of the United States Bankruptcy Court for the Eastern District of Virginia, located at 200 S. Washington Street, Alexandria, Virginia 22314.

2. Objections to the Debtors' Subchapter V Plan, if any, shall be filed with the Clerk of the Bankruptcy Court, and served on the Debtors, by **Tuesday, March 17, 2026**.

3. Ballots accepting or rejecting the Debtor's Subchapter V Plan shall be delivered to Debtors' counsel, Richard G. Hall, 601 King Street, Suite 301, Alexandria VA 22314, by **Tuesday, March 17, 2026**.

4. The Debtors shall file a summary of ballots showing, by class, number, and dollar

amount of ballots accepting or rejecting the Subchapter V Plan, by **Monday, March 23, 2026, at 5:00 p.m.** If any ballots are received after the deadline for filing ballots, they shall be noted, but not included in the totals. The ballots need not be attached to the report but shall be available at the Confirmation Hearing for review by the Court or any party in interest. The requirement of filing a written opposition is waived.

     5.    The Clerk shall mail copies of this Order, or give electronic notice of its entry, to the parties listed below.

Date: Jan 21 2026

Alexandria, Virginia

/s/ Brian F Kenney
BRIAN F. KENNEY
CHIEF U.S. BANKRUPTCY JUDGE

Entered On Docket: Jan 22 2026

Copies to:

Philip Benjamin McWhorter
Jennifer Hong McWhorter
15629 Turtle Point Drive
Gainesville, VA 20155
*Chapter 11 Debtors*

Richard G. Hall
601 King Street
Suite 301
Alexandria, VA 22314
*Counsel for Chapter 11 Debtors*

Angela L. Shortall
348 Thompson Creek Mall
Suite 339
Stevensville, MD 21666
*Subchapter V Trustee*

Jack Frankel
Office of the U.S. Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*

Michael T. Freeman
Office of the US Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
*U.S. Trustee's Office*