**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | |
| **PHILLIP BENJAMIN MCWHORTER** | : | **CASE No.25-12401-BFK** |
| **JENNIFER HONG MCWHORTER** | : | **Chapter 11** |
| | : | |
| **Debtors** | : | |
| | : | |

## SUMMARY OF BALLOTS

COME NOW the Debtors and report on the ballots received for their Chapter Subchapter V Plan of February 17, 2026 (Docket, No. 65), as follows:

1. In accordance with this Court's Order of January 22, 2026, (Docket Item No.53) all form ballots for acceptances or rejections of the debtor's Plan were mailed to the members of all classes on February 18, 2026 along with (1) the Subchapter V Plan, (2) a Notice of Hearing on confirmation, including the deadline for objections to the Plan and the time within which acceptances and rejections of such plan may be filed, a copy of the Court's order of February 17, 2026 setting forth the deadlines stated above, along with a ballot appropriate for each class. See Docket Item No.67.

---
Richard G. Hall
Counsel for the Debtor
601 King Street, Suite 301
Alexandria, Virginia 22314
VSB No. 18076
(703) 256-7159
richard.hall33@verizon.net

2. Only one ballot was received: a ballot accepting the plan cast by KLC Financial, LLC, a Class 7 (General Unsecured Class) creditor.  No other ballots were received by the Debtor from any class.

3. One Class, Class 7, has voted to accept the Plan. Thus, while it is a non-consensual Plan, it is yet confirmable as it meets all of the requirements of 11 U.S.C. 1129(b).

Phillip Benjamin McWhorter
Jennifer Hong McWhorter
By Counsel

/s/ Richard G. Hall
Richard G. Hall
Counsel for the Debtors
601 King Street, Suite 301
Alexandria, Virginia, 22314
VA Bar No. 18076
richard.hall33@verizon.net
(703)256-7159

CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, a copy of this Report was served on the United States Trustee, and the Subchapter V Trustee via ECF.

/s/ Richard G. Hall